# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**ANTHONY STEPHENS,**

      Plaintiff,

v.

**DOES 1 AND 2.**
**CITY OF DETROIT, AND**
**DETTROIT POLICE DEPARTMENT**

      Defendants.

Case No.: 26-cv-12417
Hon. Laurie J. Michelson
Magis. Judge Anthony P. Patti

---

| **CHARLES A. HAAS (P14486)** | **ALFRED ASHU (P82536)** |
|---|---|
| Attorney for Plaintiff | **CITY OF DETROIT LAW DEPARTMENT** |
| 33680 Five Mile Rd. | Attorney for Defendants Detroit Police |
| Livonia, MI 48154 | Department and Benjamin Atkinson |
| (313) 282-0035 | Coleman A. Young Municipal Center |
| CharlesAHaas@yahoo.com | 2 Woodward Ave., Ste. 500 |
| | Detroit, MI 48226 |
| | (313) 237-3025 |
| | Alfreda@detroitmi.gov |

---

## DEFENDANT CITY OF DETROIT'S ANSWER TO PLAINTIFFS' COMPLAINT, RELIANCE ON JURY DEMAND, DEMAND FOR COMPULSORY JOINDER OF CLAIMS, AND AFFIRMATIVE AND SPECIAL DEFENSES

**NOW COMES**, Defendant, **City of Detroit**, by and through its attorney, Alfred A. Ashu, and for its Answer to Plaintiff's Complaint, Reliance on Jury Demand, Demand for Compulsory Joinder of All Claims, and Notice of Special and Affirmative Defenses, states as follows:

1

## INTRODUCTION

1. Answering paragraph 1, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

2. Answering paragraph 2, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

3. Answering paragraph 3, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

4. Answering paragraph 4, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

5. Answering paragraph 5, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

6. Answering paragraph 6, Defendant admits that the Detroit Police Department is the law enforcement department of the City of Detroit, but denies that the Detroit Police Department is a separate legal entity capable of being sued. Defendant neither admits nor denies the remaining allegations contained therein for lack of

knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

7. Answering paragraph 7, Defendant admits that the City of Detroit is a municipal corporation organized under the laws of the State of Michigan and that the City operates the Detroit Police Department. However, Defendant neither admits nor denies the remaining allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

8. Answering paragraph 8, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

9. Answering paragraph 9, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

## COMMON FACTUAL ALLEGATIONS

10. Answering paragraph 10, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

11. Answering paragraph 11, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief

as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

12. Answering paragraph 12, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

13. Answering paragraph 13, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

14. Answering paragraph 14, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

15. Answering paragraph 15, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

16. Answering paragraph 16, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

17. Answering paragraph 17, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

18. Answering paragraph 18, Defendant neither admits nor denies the allegations

contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

19. Answering paragraph 19, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

20. Answering paragraph 20, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

21. Answering paragraph 21, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

22. Answering paragraph 22, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

23. Answering paragraph 23, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

24. Answering paragraph 24, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

25. Answering paragraph 25, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

26. Answering paragraph 26, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

27. Answering paragraph 27, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

28. Answering paragraph 28, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

29. Answering paragraph 29, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

30. Answering paragraph 30, including subparagraphs (a) through (k), Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

## COUNT-I
## COMMON LAW ASSAULT AND BATTERY

31. Defendant incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

32. Answering paragraph 32, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

33. Answering paragraph 33, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

34. Answering paragraph 34, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

35. Answering paragraph 35, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

## COUNT II
## COMMON LAW FALSE ARREST and TRESPASS

36. Defendant incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

37. Answering paragraph 37, Defendant neither admits nor denies the allegations

contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

38. Answering paragraph 38, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

## COUNT III
## GROSS NEGLIGENCE

39. Defendant incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

40. Answering paragraph 37, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

41. Answering paragraph 41, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

42. Answering paragraph 42, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

43. Answering paragraph 43, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

44. Answering paragraph 44, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

45. Answering paragraph 45, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

46. Answering paragraph 46, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

47. Answering paragraph 47, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

## COUNT IV
## 42 U.S.C § 1983 VIOLATION OF THE 4th AND 14th AMENDMENTS

**Plaintiff's Complaint contains two separately numbered Paragraphs 47. Unless otherwise indicated, Defendant's responses in this section are directed to the allegations contained in the second Paragraph 47. Defendant's response to the first Paragraph 47 appears above.**

47. Defendant incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

48. Answering paragraph 48, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief

as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

49. Answering paragraph 49, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

50. Answering paragraph 50, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

51. Answering paragraph 51, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

52. Answering paragraph 52, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

53. Answering paragraph 53, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

54. Answering paragraph 54, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

55. Answering paragraph 55, Defendant neither admits nor denies the allegations

contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

## COUNT V - FOIA

56. Defendant incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

57. Answering paragraph 57, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

58. Answering paragraph 58, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

## COUNT VI – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

59. Defendant incorporates by reference its responses to the preceding paragraphs as though fully set forth herein.

60. Answering paragraph 60, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

61. Answering paragraph 61, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

62. Answering paragraph 62, Defendant neither admits nor denies the allegations contained therein for lack of knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, leaves Plaintiffs to proof thereof.

**WHEREFORE**, Defendant respectfully demands that judgment of no cause of action be entered herein, or in the alternative that the said cause be dismissed, with prejudice, and costs and attorney fees awarded to Defendant.

Respectfully submitted,

/s/ *Alfred Ashu*
Alfred A. Ashu (P82536)
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Dated: July 15, 2026                     Detroit, Michigan 48226

## RELIANCE ON JURY DEMAND

**NOW COMES** Defendant **CITY OF DETROIT,** by and through its attorney, **ALFRED A. ASHU**, and hereby gives notice of its reliance on Plaintiffs' Jury Demand.

Respectfully submitted,

/s/ *Alfred Ashu*
Alfred A. Ashu (P82536)
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Dated: July 15, 2026                     Detroit, Michigan 48226

## DEMAND FOR COMPULSORY JOINDER OF CLAIMS

**NOW COMES** Defendant **CITY OF DETROIT**, by and through its attorney, **ALFRED A. ASHU** and demands that Plaintiffs join any and all claims arising out of the transactions, acts, or occurrences, allegedly giving rise to the present action.

Respectfully submitted,

/s/ *Alfred Ashu*
Alfred A. Ashu (P82536)
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Dated: July 15, 2026        Detroit, Michigan 48226

## NOTICE OF SPECIAL AND AFFIRMATIVE DEFENSES

**NOW COMES** Defendant **CITY OF DETROIT**, by its undersigned counsel, and sets forth its Special and Affirmative Defenses as follows:

1. The individually named Defendants are entitled to qualified immunity and are shielded from liability under 42 U.S.C. § 1983 because their conduct did not violate any clearly established constitutional or statutory right of which a reasonable officer would have known. At all relevant times, they acted in an objectively reasonable manner under the circumstances.

2. The individual Defendants are entitled to governmental immunity from Plaintiff's state-law intentional tort claims pursuant to MCL 691.1407, et seq., because:

13

    A. the alleged acts were undertaken during the course of their employment and within, or with the reasonable belief that they were within, the scope of their authority;

    B. they acted in good faith and without malice; and

    C. their conduct was discretionary rather than ministerial.

3. Defendant City of Detroit is entitled to governmental immunity under MCL 691.1407 and cannot be held vicariously liable for the alleged tortious acts of its employees committed while engaged in a governmental function.

4. Plaintiff has failed to state a claim for municipal liability under 42 U.S.C. § 1983 because Plaintiff has failed to identify any unconstitutional policy, custom, or practice attributable to Defendant City of Detroit.

5. Plaintiff has failed to state a claim upon which relief may be granted.

6. Plaintiff failed to mitigate their alleged damages.

7. This Court is, or may be, without jurisdiction over some or all of Plaintiff's claims.

8. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

9. Plaintiff's claims are barred, in whole or in part, by the failure to exhaust applicable statutory, administrative, or other available remedies.

10. Plaintiff has failed to join all legal or equitable claims arising out of the transaction or occurrence that is the subject of this action.

11. At all relevant times, the individual Defendants were duly appointed and acting police officers employed by the City of Detroit and peace officers of the State of Michigan acting in the performance of their official duties.

12. At all relevant times, the individual Defendants acted in good faith, without malice, and within the scope of their authority.

13. Any alleged search, seizure, detention, arrest, or use of force by the individual Defendants was lawful and objectively reasonable under the totality of the circumstances, was supported by probable cause, reasonable suspicion, or other lawful justification where applicable, and did not violate Plaintiff's constitutional or statutory rights. To the extent Plaintiff alleges false arrest, unlawful seizure, or related claims, such claims fail because the individual Defendants acted with lawful authority and reasonable grounds under the circumstances.

14. Any alleged injuries or damages sustained by Plaintiff were caused, in whole or in part, by Plaintiff's own acts, omissions, negligence, comparative fault, and/or unlawful conduct, including resistance to lawful police authority, thereby barring or reducing any recovery.

15. If Plaintiff sustained any injury or damages, such injuries were proximately caused by Plaintiff's own conduct and not by any wrongful act or omission attributable to these Defendants.

16. To the extent any altercation occurred outside the scope of any individual Defendant's employment, Defendant City of Detroit cannot be held liable under a theory of respondeat superior or otherwise.

17. Defendant City of Detroit is not subject to punitive or exemplary damages under 42 U.S.C. § 1983.

18. Plaintiff's claims are barred, in whole or in part, by the doctrine announced in *Heck v. Humphrey*, 512 U.S. 477 (1994).

19. Plaintiffs have failed to plead facts sufficient to establish any exception to governmental immunity or otherwise plead a claim in avoidance of governmental immunity.

20. Plaintiff lacks standing to bring a FOIA violation claim, as Plaintiff was not the "requesting person" as defined by MCL 15.233, nor is there any indication the request was made on Plaintiff's behalf.

21. Plaintiff's claim to compel disclosure under FOIA is moot, as Plaintiff has initiated litigation and now has the opportunity to obtain the requested information through the discovery process.

22. All, or part of the responsive records to the subject FOIA request are or may be, exempt from disclosure under the provisions of MCL 15.243

23. Liability, if any, for plaintiff's state law claims is several, not joint, pursuant to MCL 600.2956.

24. Defendants reserve the right to assert such additional defenses as may become available through discovery or otherwise during the course of this litigation.

**WHEREFORE** Defendant respectfully request that this Honorable Court enter a judgment no cause of action, or in the alternative, that the present cause be dismissed, with prejudice, with costs and attorneys' fees awarded to Defendant.

## <u>RESERVATION OF AFFIRMATIVE DEFENSES</u>

1. Defendant, by and through undersigned counsel, without waiving any deficiencies or omissions in any pleadings filed by any party, hereby reserves the right to assert any additional affirmative or special defenses that may become available through discovery or otherwise, in accordance with the applicable rules and procedures of this Court.

Respectfully submitted,

/s/ *Alfred Ashu*
Alfred A. Ashu (P82536)
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Dated: July 15, 2026                    Detroit, Michigan 48226

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 15, 2026, the foregoing papers were served upon counsel of record by eservice and/or U.S Mail. I declare that the statements above are true to the best of my knowledge, information, and belief.

/s/ *Alfred Ashu*
Alfred A. Ashu